IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 3:22-CR-00001 |
| | ) | |
| QUINCY BROCK | ) | |
| | ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations contained in the first six counts pertaining to Quincy Lamont Brock of the First Superseding Indictment and the following facts are true and correct, and that had this matter gone to trial, the United States would have proven each of these facts beyond a reasonable doubt.

Quincy "Boosie" BROCK was involved in a plan to rob a local drug dealer of drug proceeds. In furtherance of this plan, on August 20, 2021, BROCK, and others conducted surveillance of the location believed to be the drug dealer's "stash house," which was an apartment rented by S.H.D., located in the Treesdale Apartments complex in Albemarle County. Albemarle County is in the Western District of Virginia. Security video from the apartment complex shows BROCK and others conducting surveillance of S.H.D. and her apartment.

On August 20, 2021, at approximately 8:50 p.m., BROCK and others, as they had planned, forced entry in the apartment of S.H.D. One of the co-conspirators held S.H.D. at gunpoint. BROCK took her keys and searched her vehicle. During the robbery, BROCK and others took S.H.D.'s cellphone and other items from her apartment. Brock and the others were armed with a firearm. Security video from the apartment complex shows BROCK entering the apartment, as well as BROCK running back and forth to search S.H.D.'s vehicle.

BROCK and the others returned to a location in Albemarle County. Brock and the others attempted to locate the drug dealer's stash at the drug dealer's mother's residence on Prospect Avenue. Prospect Avenue is located in Charlottesville, which is in the Western District of Virginia. Security video footage then shows BROCK leaving the said location and getting in a vehicle a few minutes after 9:00 p.m. on August 20, 2021. Brock then traveled to Prospect Avenue, where BROCK entered O.B.'s apartment and stole a safe. BROCK and the others were armed and either BROCK or another pointed their firearm at J.H., who was standing outside the apartment. BROCK and the others then fled out the back of the apartment building.

The actions taken by BROCK as described above were taken willfully, knowingly, and with the specific intent to violate the law. BROCK did not take those actions by accident, mistake, or with the belief that he did not violate the law. BROCK acknowledges that the

*Defendant's Initials:* __QB__

purpose of the foregoing statement of facts is to provide an independent factual basis for his guilty plea. It does not necessarily identify all of the persons with whom the defendant might have engaged in illegal activity.

Respectfully submitted,

_____
Heather L. Carlton
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day, I stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Quincy BROCK, Defendant

I am Quincy BROCK's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Norman Lamson, Esquire
Counsel for Defendant

federalBrockSOF2

Defendant's Initials: __QB__