✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

|   WESTERN   | DISTRICT OF | VIRGINIA |
|---|---|---|

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| QUINCY LAMONT BROCK | Case Number: 3:22CR00001-002 |

| PRESIDING JUDGE<br>Norman K. Moon | PLAINTIFF'S ATTORNEY<br>AUSA Heather Carlton | DEFENDANT'S ATTORNEY<br>Norman Lamson |
|---|---|---|
| TRIAL DATE (S)<br>12/12/2022 | COURT REPORTER<br>Lisa Blair | COURTROOM DEPUTY<br>Carmen Amos |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 12/12/2022 | Y | Y | Paperwork regarding prior state court charge(s)   (---) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages