# WARRANT OF ARREST – ~~FELONY~~ MISDEMEANOR
COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

Charlottesville
CITY OR COUNTY

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 07/06/2015 did unlawfully ~~and feloniously~~ in violation of Section 18.2-248.1 (a.1), Code of Virginia: possess with the intent to sell, give, or distribute ~~more than~~ one-half ounce, OR less than ~~five pounds~~ of marijuana.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Det. Pleasants, B. M.  #312  CPD ............................. Complainant.

07/06/2015 10:13 PM
DATE AND TIME ISSUED

[ ] CLERK  [x] MAGISTRATE  [ ] JUDGE
Ruth Dalsky

CCRE is Required
FORM DC-312 (MASTER, PAGE ONE OF TWO) 10/13

DEFENDANT'S EXHIBIT 12/12/22
CA 1
3:22CR1-001

---

CASE NO. **GC15-4221**  M E

ACCUSED:
**BROCK, QUINCY LAMONT**
LAST NAME, FIRST NAME, MIDDLE NAME

612 Ridge St. #3
ADDRESS/LOCATION
Charlottesville, VA 22902

Jul 07, 2015
10:00 AM
Hearing Date/Time

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M | 05/23/1995 | 6' 00" | 170 | BRO | BLK |

SSN 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
D.L.#          STATE

[ ] Commercial Driver's License

CLASS  ~~FELONY~~  MISDEMEANOR

[x] EXECUTED by arresting the Accused named above on this day:
7/6/15   2218hrs
DATE AND TIME OF SERVICE

Pleasants B.M., Arresting Officer

CP312/CPD/103
BADGE NO., AGENCY AND JURISDICTION

for ............................................. SHERIFF

Attorney for the Accused: LAMSON

Short Offense Description (not a legal definition):
**MARIJUANA: PWI SELL/GIVE/DIST 1/2 oz - 5 lbs**

Offense Tracking Number:
540GM1500004524

FOR ADMINISTRATIVE USE ONLY   3031-M1
Virginia Crime Code: NAR-~~3032-F5~~

8/27/15 1PM

7-13-15 10:01 MISDEMEANOR

9/24/15 1:00PM

10-15-15

~~FELONY~~ MISDEMEANOR

Offense Tracking Number: 540GM1500004524

**WAIVER OF PRELIMINARY HEARING**

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant. Certified to the Circuit Court of this jurisdiction.

_____   _____
ACCUSED                            DATE

_____
ATTORNEY FOR ACCUSED

| Preliminary Hearing Costs | |
|---|---|
| 120 Ct. Appt. Atty | $............ |
| 113 Court Reporter | ............ |
| 113 Witness | ............ |
| **TOTAL** | ............ |

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.
[ ] Bail on certification $ ............
[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.
[✓] The charge was reduced to ...**MISDOMENOR**...
The Accused was this day: [ ] tried in absence [ ] present

_____
**ANTONY LAMSON**
[ ] PROSECUTING ATTORNEY PRESENT (NAME)

_____
[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
    [ ] NO ATTORNEY   [ ] ATTORNEY WAIVED
[ ] Interpreter present   [ ] Witnesses sworn
[ ] Certified pursuant to § 19.2-190.1.
Plea of Accused: [ ] not guilty   [ ] guilty   [ ] nolo contendere
[✓] Plea voluntarily and intelligently entered after the defendant was apprised of his right against compulsory self-incrimination and his right to confront the witnesses against him.
[✓] Plea and Recommendation
And was TRIED and FOUND by me:
[ ] not guilty
[✓] guilty of ...**MISDOMENOR**...
    VCC ...**NAR-3031-MI**...
[ ] facts sufficient to find guilt but defer adjudication/disposition to ............
    DATE AND TIME
and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[ ] A separate order for First Offender is attached and incorporated in this order.

_____   _____
DATE                               JUDGE

And was FOUND by me to be: [ ] carrying hazardous materials
    [ ] driving a commercial motor vehicle
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed [ ] with prejudice
    [ ] conditioned upon payment of costs and
    [ ] successful completion of [ ] traffic school
    [ ] mature driver school, § 16.1-69.48:1.
    [ ] accord and satisfaction, § 19.2-151.
    [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

FORM DC-312 (MASTER, PAGE TWO OF TWO) 07/15

I impose the following Disposition:
[ ] FINE of $ ............ with $ ............ suspended
[✓] JAIL SENTENCE of **90 DAYS** imposed,
[ ] of which ............ days mandatory minimum, with **90 DAYS** suspended for a period of **2 YRS**, conditioned upon being of good behavior, keeping the peace, obeying this order and paying fines and costs.
Credit is allowed pursuant to §.53.1-187 for time spent in confinement.
[ ] Serve jail sentence beginning ............
    [ ] on weekends only
[ ] Work release   [ ] authorized if eligible   [ ] required
                   [ ] not authorized
[ ] Public work force [ ] authorized [ ] not authorized
[ ] on PROBATION for ............
    [ ] VASAP   [ ] local community-based probation agency
    [ ] Monitoring by GPS/other tracking device
[✓] DRIVER'S LICENSE suspended for **6 MONTHS**
[ ] Restricted Driver's License per attached order
[ ] Ignition interlock for ............
[ ] RESTITUTION of $ ............ due by ............
    payable to the clerk on behalf of ............
    with interest thereon from ............
              [ ] DATE OF LOSS OR DAMAGE [ ] TODAY'S DATE
[ ] as condition of suspended sentence [ ] to be paid first
[ ] COMMUNITY SERVICE ............ hours to be completed
    by ............ and supervised by ............
    [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Pay $50 fee to the Court for Trauma Center Fund
[✓] Other **6 MONTHS OAR SUPERVISION SCREENING & TESTING AS NECESSARY**
~~Defendant may not possess or consume alcohol or any drug not prescribed by a physician~~
[ ] Bail on Appeal $ ............

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 30 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID. Va. Code § ............

**10/15/15**
DATE                               JUDGE

| FINE | |
|---|---|
| ............ | ............ |
| **COSTS** | |
| 461 FIXED MISD FEE | ~~~~ JF |
| 462 FIXED DRUG MISD FEE | 136 |
| 001 INT CRIM CHILD FEE | 15 — |
| 113 WITNESS FEE | ............ |
| 113 IGNITION INTERLOCK | ............ |
| 113 DUI FEE | ............ |
| 113 ............ | ............ |
| 120 CT. APPT. ATTY | ............ |
| 121 TRIAL IN ABSENCE FEE | ............ |
| 125 WEIGHING FEE | ............ |
| 133 BLOOD TEST FEE | ............ |
| 137 TIME TO PAY | 10 — |
| 192 TRAUMA CENTER FEE | ............ |
| 228 COURTHOUSE CONSTRUCTION FEE | 3 — |
| 234 JAIL ADMISSION FEE | ............ |
| 243 LOCAL TRAINING ACADEMY FEE | ............ |
| 244 COURTHOUSE SECURITY FEE | 10 — |
| **OTHER (SPECIFY)** | ............ |
| | ............ |
| **TOTAL** | $ ~~174~~ JF |
| | 174 |

[ ] Stay of the proceedings pursuant to § 16.1-131.1

_____   _____
DATE                               JUDGE

| LAST NAME | FIRST | MIDDLE | SUFFIX | OCA | F.B.I. NUMBER | S.I.D. NUMBER |
|---|---|---|---|---|---|---|
| BROCK, QUINCY LAMONT | | | | 427148 | | |

| ALIAS AND/OR NICKNAME | PLACE OF BIRTH (CITY-COUNTY) | STATE | CNTRY | COC | IIN |
|---|---|---|---|---|---|
| | 540-FIPS 103 - CHARLOTTESVILLE | VA | US | | US |

| SEX | RACE | DOB | SOCIAL SECURITY NUMBER | HEIGHT FT. IN. | WEIGHT | EYES | HAIR | SCARS, MARKS, TATTOOS |
|---|---|---|---|---|---|---|---|---|
| M | B | 05/23/1995 | 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 | 6' 00" | 170 | BRO | BLK | |

| HOME ADDRESS STREET | CITY-TOWN | STATE | ZIP CODE | RESIDENT OF CITY OR COUNTY |
|---|---|---|---|---|
| 612 RIDGE ST 3 | CHARLOTTESVILLE | VA | 22902 | 540-FIPS 103-CHARLOTTESVILLE |

MARIJUANA: PWI SELL/GIVE/DIST 1/2 OZ - 5 LBS

18.2-248.1   NAR-3032-F5   F A5

DATE OF OFFENSE: 07/06/2015
JURISDICTION: 540-FIPS 103
DATE OF ARREST: 07/06/2015

ORIGINAL DISPOSITION
WHEN COMPLETED, MAIL TO:
VIRGINIA STATE POLICE
RECORDS MANAGEMENT DIVISION
CENTRAL CRIMINAL RECORDS EXCHANGE
P.O. BOX 27472
RICHMOND, VA 23261-7472

VA1020000
PD CHARLOTTESVILLE
CHARLOTTESVILLE VA

PHOTO AVAILABLE THIS ARREST: Y
ARRESTING OFFICER (LAST, FIRST, MI): PLEASANTS
SHIELD/CODE: CP312
OCCUPATION:

DISTRICT COURT OF CITY OR COUNTY   ☐ GEN DIST  ☐ JDR
CASE NUMBER | INITIAL COURT DATE

CIRCUIT COURT OF CITY OR COUNTY
CASE NUMBER | DATE OF FILING

**DISPOSITION (CHECK ONE)**
- GUILTY ☐
- ADJUDICATED DELINQUENT ☐
- DEFERRED ADJUDICATION ☐
- NOT GUILTY ☐
- DISMISSED ☐
- NOLLE PROSEQUI ☐
- NOT GUILTY - INSANITY ☐
- CERTIFIED TO GRAND JURY ☐

**DISPOSITION (CHECK ONE)**
- GUILTY ☐
- ADJUDICATED DELINQUENT ☐
- DEFERRED ADJUDICATION ☐
- NOT GUILTY ☐
- DISMISSED ☐
- NOLLE PROSEQUI ☐
- NO TRUE BILL ☐
- NOT GUILTY - INSANITY ☐

GUILTY/CONVICTED OF:
ORIGINAL CHARGE ☐   AMENDED CHARGE ☐
CODE SECTION
CHARGE:

GUILTY/CONVICTED OF:   FELONY ☐   ORIGINAL CHARGE ☐
MISDEMEANOR ☐   AMENDED CHARGE ☐
CODE SECTION
CHARGE:

SENTENCE IMPOSED BY COURT   MONTHS   DAYS
TOTAL TIME IMPOSED
TOTAL TIME SUSPENDED
PROBATION: SUPERVISED ☐   UNSUPERVIDED ☐

SENTENCE IMPOSED BY COURT   YEARS   MONTHS   DAYS
TOTAL TIME IMPOSED
TOTAL TIME SUSPENDED
PROBATION: SUPERVISED ☐   UNSUPERVISED ☐

DATE OF FINAL DISPOSITION:
DATE OF FINAL DISPOSITION:

OTN: 540GM1500004524

S.P.-222 06-14-05

M288764

X 000181131  20150707 01:04:20
LexT630 99269ZH 20150707 01:04

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

CHV GEN DISTR COURT    Fax:434-970-3387

**\*\* Transmit Conf. Report \*\***

P.1                                                                                   Oct 15 2015  14:40

| Location | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| OAR | NORMAL | 10/15,14:40 | 0'45" | 1 | \* O K | |

# PROBATION INTERVENTION ORDER
**Commonwealth of Virginia      OAR – Jefferson Area Community Corrections**

In the ☐JDR/☒General District Court of the County/City of **CHARLOTTESVILLE**

Docket # **GC15004221-00**          Offense: **POSSESS MARIJUANA**

Sentence:  ☐ Deferred Judgment    ☐ Preconviction Probation    ☒ Suspended Sentence with

Jail: **90D** Months/days with       **90D** Months/days suspended

Name: **BROCK, QUINCY LAMONT**   Phone: **540-223-8043**

Mailing Address:
    Street   Apt/Lot #   City   State   Zip Code

Physical Address: **612 RIDGE ST #3, CHARLOTTESVILLE, VA 22902**
    Street   Apt/Lot #   City   State   Zip Code

The above individual has been placed under the probation supervision of the OAR/Jefferson Area Community Corrections Program per VA Code 9.1-173 et seq, 19.2-173 and 19.2-303.3. **All probationers will be assessed by an OAR Probation Officer at intake** by utilizing a validated risk screening and assessment tool. Appropriate treatment referrals will be made upon completion of risk assessment. All Probationers are subject to alcohol and drug testing. In order to successfully complete _probation supervision_, the probationer shall be of good behavior, compliant with assessment recommendations AND the following:

- Complete _____ hours of community service by _____
- Make full restitution to: _____ in the amount of $ _____ by _____
  ☐ Victim information attached for OAR restitution processing
- The Probationer is to complete all appropriate assessments and/or evaluations as needed and to comply with all OAR supervision requirements, to include but not limited to:
  - ☐ Domestic Violence/Anger Management Intervention as assessed
  - ☐ Drug and/or Alcohol Testing as appropriate
  - ☐ Substance Abuse Assessment/Evaluation/Intervention as recommended
  - ☐ Local Area VASAP:  James River ASAP  (434) 202-0504
        Name and number of VASAP Office to contact
  - ☐ Mental Health Assessment/Evaluation/Intervention as recommended
  - ☐ Cognitive Behavioral Programming/Moral Reconation Therapy as assessed
- Return to Court on _____ at: _____ to review compliance.

Comments: **6 MONTHS OAR SUPERVISION, SCREENING & TESTING AS NECESSARY DEF MAY NOT POSSESS OR CONSUME ALCOHOL OR ANY DRUG NOT PRESCRIBED BY A PHYSICIAN**

# PROBATION INTERVENTION ORDER

**Commonwealth of Virginia**   **OAR – Jefferson Area Community Corrections**

In the ☐JDR/☒**General District** Court of the **County/City of CHARLOTTESVILLE**

**Docket #** GC15004221-00    **Offense:** POSSESS MARIJUANA

**Sentence:**   ☐ Deferred Judgment    ☐ Preconviction Probation    ☒ Suspended Sentence with

**Jail:** 90D Months/days with    90D Months/days suspended

**Name:** BROCK, QUINCY LAMONT   **Phone:** 540-223-8043

**Mailing Address:**
Street   Apt/Lot #   City   State   Zip Code

**Physical Address:** 612 RIDGE ST #3, CHARLOTTESVILLE, VA 22902
Street   Apt/Lot #   City   State   Zip Code

The above individual has been placed under the **probation supervision** of the OAR/Jefferson Area Community Corrections Program per VA Code 9.1-173 et seq, 19.2-173 and 19.2-303.3. **All probationers will be assessed by an OAR Probation Officer at intake** by utilizing a validated risk screening and assessment tool. Appropriate treatment referrals will be made upon completion of risk assessment. *All Probationers are subject to alcohol and drug testing.* In order to successfully complete *probation supervision*, the probationer shall be of good behavior, compliant with assessment recommendations AND the following:

- Complete ____ hours of community service by ____
- Make full restitution to: ____ in the amount of $ ____ by ____
  ☐ Victim information attached for OAR restitution processing
- The Probationer is to complete all appropriate assessments and/or evaluations as needed and to comply with all OAR supervision requirements, to include but not limited to:
  - ☐ Domestic Violence/Anger Management Intervention as assessed
  - ☐ Drug and/or Alcohol Testing as appropriate
  - ☐ Substance Abuse Assessment/Evaluation/Intervention as recommended
  - ☐ Local Area VASAP: James River ASAP  (434) 202-0504
       Name and number of VASAP Office to contact
  - ☐ Mental Health Assessment/Evaluation/Intervention as recommended
  - ☐ Cognitive Behavioral Programming/Moral Reconation Therapy as assessed
- Return to Court on ____ at: ____ to review compliance.

**Comments:** 6 MONTHS OAR SUPERVISION, SCREENING & TESTING AS NECESSARY DEF MAY NOT POSSESS OR CONSUME ALCOHOL OR ANY DRUG NOT PRESCRIBED BY A PHYSICIAN

The defendant is ordered to contact the OAR/Jefferson Area Community Corrections Program at 750 Harris Street, Suite 207, Charlottesville, Virginia 22903; (434) 296-2441, **WITHIN 72 HOURS OF THIS COURT ORDER.**

**Probationer's Signature:** _[signature]_

**Entered:** 10/15/2015   **By** _[signature]_
   Date         Judge/Clerk with permission of Judge

## PART I

If my driver's license has been suspended for failure to pay fines, costs, forfeiture, restitution, and/or penalty, I understand that I can avoid this suspension going into effect only if the court actually receives payment in full of such fines, costs, forfeiture, restitution and/or penalty by the effective date of this suspension and that I assume all risks in sending payment by mail. If payment in full is not received by the Court within 30 days of sentencing, the suspension goes into effect and my license must be surrendered to the Court by that date.

I understand that if I provide for payment of a fine or other monies due by a method other than cash and my payment fails, the clerk will send me a written notice of my failure of payment. A penalty of $50.00 may be charged if the method of payment fails.

I further understand that, if I am convicted of driving while my driver's license is suspended or revoked, I may be fined, sentenced to jail, or both.

I understand that upon suspension or revocation of my license, I may not operate a motor vehicle in the Commonwealth of Virginia until:
(1) All periods of suspension imposed by any Court or the Department of Motor Vehicles have expired, AND
(2) I have paid all unpaid fines, costs, forfeiture, restitution, and/or penalty (if any) and the period of suspension (if any) has expired, AND
(3) The Department of Motor Vehicles reinstates my license (if suspended) or issues a new license (if revoked) after:
    (a) I have paid the reinstatement fee (if any) to the Department of Motor Vehicles, AND
    (b) I have delivered a completed copy of the Driver's License Reinstatement Form, if my license was suspended for failure to pay fines, costs, forfeiture, restitution, penalty, and/or ASAP fee. I understand that I must obtain this form from the clerk's office of this Court or the Court where the case papers are filed, AND
    (c) I have met all other administrative requirements of the Department of Motor Vehicles.

## PART II

I understand that:
(1) the Court will assess a one-time $10.00 fee to cover the costs of the installment, deferred payment or community service agreement;
(2) as a condition of this agreement, I must promptly inform the Court of any change of my mailing address during the term of the agreement;
(3) if the fines, costs, forfeiture, restitution, and/or penalty are not paid in full by the date ordered, that the Court shall proceed according to the provisions of Va. Code § 19.2-358, which state that a show cause summons or capias for my arrest may be issued;
(4) the amount(s) listed in this agreement may be administratively amended by the Clerk of this Court in the event additional costs should be assessed and if additional costs are assessed, that the Clerk will forthwith issue a notice to me of the total amount due by first class mail to my address of record;
(5) the Court or Clerk thereof may adjust the final payment date administratively, without further notice, for installment payment agreements, if I fail to make a scheduled payment or for deferred payments, if I fail to pay in full by the date ordered, for the purposes of referring the account for action pursuant to Va. Code § 19.2-358;
(6) if the Court has ordered deferred or installment payments or community service, I must make all required payments or perform all community service on time and if I fail to make a scheduled payment or perform the ordered community service, my driver's license shall immediately be suspended forthwith pursuant to Va. Code § 46.2-395; and
(7) upon notification by a court that my license has been suspended pursuant to Va. Code § 46.2-395, that the Commissioner of the Department of Motor Vehicles shall also suspend all of the registration certificates or license plates registered solely in my name and thereafter shall not issue any registration or license plates for any other vehicle that I seek to register solely in my name.

I further understand that if the court does not receive payments as ordered, my case will be referred for collection enforcement action under §§ 19.2-349, 19.2-353.5, 19.2-358, 46.2-395, or 58.1-520 through 58.1-534 of the Code of Virginia. If my case is referred for collection enforcement action under § 19.2-349, the amount that I owe and that can be collected will be increased to reflect the additional costs associated with collection action. If any part of the amount remains unpaid, pursuant to § 19.2-358, I may be subject to a jail sentence of up to 60 days or an additional fine of up to $500.00.

FORM DC-210 REVERSE 07/13

GC15004221-00

## I. ACKNOWLEDGMENT OF SUSPENSION OR REVOCATION OF DRIVER'S LICENSE

Commonwealth of Virginia   Va. Code §§ 19.2-354, 19.2-358, 46.2-395

Case no(s): ..........................................
Court date: 10/15/2015

**CHARLOTTESVILLE GENERAL DISTRICT - CRIMINAL**
CITY/COUNTY

[ ] Juvenile and Domestic Relations District Court
[x] General District Court

**PO BOX 2677, 606 E MARKET, CHARLOTTESVILLE, VA 22902**
COURT ADDRESS

**QUINCY LAMONT BROCK**
NAME OF DEFENDANT/JUVENILE

DL NO ........ **229732259** ........   SSN ........ **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** ........

**612 RIDGE ST #3, CHARLOTTESVILLE, VA 22902**
RESIDENCE ADDRESS

.................................................................................
MAILING ADDRESS IF DIFFERENT FROM ABOVE

I acknowledge that I have been notified that my driver's license/driving privilege:

[x] is suspended or revoked for a period of **6 mo(s)** effective **10/15/2015** as a result of

    [ ] my conviction by this court or [ ] ................................................

    [ ] action taken by the Virginia Department of Motor Vehicles pursuant to Va. Code § 46.2-390.1 for the Court's conviction or finding of facts sufficient to convict the offender of violating the drug laws (Va. Code §§ 18.2-247 through 18.2-264) of this Commonwealth.

    [ ] determination by the Virginia Department of Motor Vehicles [ ] ............................................... that I am a habitual offender

[x] has been suspended [ ] effective thirty days from the date of sentencing

    [x] effective ........ **01/13/2016** ........

    pursuant to Va. Code § 46.2-395 as a result of my failure to pay all or part of my fines, costs, forfeiture, restitution, and/or penalty of $ ...... **174.00** ...... plus any additional court-appointed attorney fee, if applicable,

[ ] has been suspended effective ..................................................................
if the Alcohol Safety Action Program fee of $ .................... is not paid by that date.

I further certify that on this date this notice, including Part I, was read, understood by me, a copy given to me and that my license
[ ] WAS   [x] WAS NOT   surrendered to this Court.

**10/15/2015**          _signature_          -Witnessed by: _signature_
DATE                DEFENDANT

SEE PART I ON THE BACK OF THIS FORM FOR FURTHER STIPULATIONS, WARNINGS AND INFORMATION CONCERNING THIS ACKNOWLEDGMENT WHICH ARE HEREBY INCORPORATED BY REFERENCE.

---

## II. PETITION   [x] FOR DEFERRED PAYMENT   [ ] FOR INSTALLMENT PAYMENTS
[ ] DEFERRED FOR COMMUNITY SERVICE (for fines and costs only)

[x] I, the undersigned, cannot pay the $ ........ **174.00** ........ fines, costs, forfeiture, restitution and/or penalty imposed on me in a single payment at this time. Therefore, I petition the Court to allow me to pay the fines, costs, forfeiture, restitution and/or penalty plus any additional court-appointed attorney fee, if applicable,

    [ ] in installment payments  [x] in a deferred payment in full  [ ] by community service work (for fines and costs only).

SEE PART II ON THE BACK OF THIS FORM FOR FURTHER STIPULATIONS, WARNINGS AND INFORMATION CONCERNING THIS ACKNOWLEDGMENT WHICH ARE HEREBY INCORPORATED BY REFERENCE.

**10/15/2015**                   _signature_
DATE                         DEFENDANT/PETITIONER

.................................................                 .................................................
DEFENDANT/PETITIONER TELEPHONE NUMBER              EMPLOYER NAME

.................................................                 .................................................
DEFENDANT/PETITIONER MONTHLY INCOME                EMPLOYER ADDRESS

It is ordered that the petitioner   [ ] make .............. installment payments of $ .................... per .................. ,

    beginning .............................................................................. ; or
                                   DATE

    [x] make a deferred payment in full on or before .............. **01/13/2016** ..............
                                                                                                        DATE

    [ ] complete community service (fines and costs only) on or before ........................
                                                                                                                                                                                                   DATE

**10/15/2015**              _signature_
CURRENT DATE            [x] CLERK     [ ] JUDGE

FORM DC-210 FRONT 07/12